STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Peggy J. Sullivan
La Appellate Project
P. O. Box 2806
Monroe LA 71207

**REHEARING ACTION: May 4, 2011**

**Docket Number: 10   00435-KA**

**STATE OF LOUISIANA
VERSUS
SHERRI ANN SEPULVADO**

**Appealed from Sabine Parish Case No. 62620**

**BEFORE JUDGES:**

    **Hon. Marc T. Amy
Hon. Shannon J. Gremillion
Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Sherri Ann Sepulvado** has this day been

    **DENIED.**

cc: Hon. Don M. Burkett, Counsel for the Appellee
    Anna Louise Garcie, Counsel for the Appellee